# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135061

_____

IN RE MEGAN BOSHAW, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

                                SC: 135061
                                COA: 275465
                                Oakland CC
                                Family Division: 04-694800-NA

WALLACE LEE BOSHAW, JR.,
      Respondent,

and

BROOK ALISON BOSHAW,
      Respondent-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2007

_____
Clerk

s1030